OPINION — AG — ** TIE VOTE ** WHERE A DE CERTIFICATION ELECTION ENDS IN A TIE VOTE TO THE PUBLIC EMPLOYEES BOARD MUST CERTIFY THAT THE PREVIOUSLY CERTIFIED ORGANIZATION HAS FAILED TO RETAIN ITS ENTITLEMENT TO CERTIFICATION AS THE EXCLUSIVE EMPLOYEE REPRESENTATION. (COLLECTIVE BARGAINING, FIREFIGHTERS AND POLICE OFFICERS, MAJORITY VOTE) CITE: 25 O.S. 1 [25-1], 11 O.S. 51-103 [11-51-103](B)(1)(B) (JOHN PAUL JOHNSON)